| Doe # | Merchant Name | Merchant ID |
|---|---|---|
| 1 | Guangzhou Tuoyu International Trade Co., Ltd | chinatuoyu |
| 2 | Hangzhou Shiyi Trade Co., Ltd. | cn1512317450 |
| 3 | Shenzhen Edurable Technology Co., Ltd. | edurable |
| 4 | Yiwu Fanshang Commodity Co., Ltd. | fanshang |
| 5 | Sichuan Golden Spark Trading Co., Ltd. | goldenspark |
| 6 | Hefei Xingcheng Communications Co., Ltd. | hfxcfibertools |
| 7 | Henan Taya Instrument Co., Ltd. | hntaya |
| 8 | Hangzhou Hopes Hardware Co., Ltd. | hopeshardware |
| 9 | Haiyan Yijia Tools Co., Ltd. | hyyijiatools |
| 10 | Hangzhou Decui Import & Export Co., Ltd. | hzdecui |
| 11 | Hangzhou Dahe Tools Co., Ltd. | hzdhtools |
| 12 | JYD (Shenzhen) Technology Co., Ltd. | jianyada |
| 13 | Foshan Jin Da Yu Technology Co., Ltd. | jindayu |
| 14 | Zhejiang Jorlio Tool Co., Ltd. | jorlio |
| 15 | Shenzhen Jintuo Electronic Accessories Co., Ltd | ktopparts |
| 16 | Yuncheng Lisca Tools Co., Ltd. | liscatools |
| 18 | Shanghai Nachee Imp. & Exp. Co., Ltd. | nacheemoto |
| 19 | Ningbo Haishu Dongning Tools Co., Ltd. | nbdngs |
| 20 | Ningbo Holly Imp. & Exp. Co., Ltd. | nbholly |
| 21 | Ningbo Tianhuaweier Tools Co., Ltd. | nbtoolwell |
| 22 | Shenzhen Shumatt Technology Ltd. | shumatt |
| 23 | Shenzhen Sindax Network Technology Co., Ltd | sindax1688 |
| 24 | Xuzhou Smile Trading Co., Ltd. | smile-tools |
| 25 | Xuzhou Smile Trading Co., Ltd | smiletools |
| 26 | Jiande Xinrui E-Business Co., Ltd. | starrich317 |
| 28 | Sichuan Machinery Imp. & Exp. Corp. | t-union |
| 29 | Shenzhen Wochen Trading Co., Ltd. | wocg |
| 30 | Shenzhen Xingqiu Technology Co., Ltd | xqiu |
| 31 | Yiwu Yanyou Commercial Firm | yanyou |
| 32 | Yiwu Defan Hardware Factory | ywdefan |
| 33 | NINTHWORLD Store | 1082379 |
| 34 | Shanghai Home Supply Store | 1718167 |
| 35 | B-shine Store | 2314003 |
| 36 | DecoratingMagic Store | 2424003 |
| 38 | Good & Improvement Tools Store | 2950004 |
| 39 | Ninth World 01 Store | 3204051 |
| 40 | cocosoly Store | 3470037 |
| 41 | Milda global Store | 4191006 |
| 42 | Shop4293023 Store | 4293023 |
| 43 | BSJ Store | 4375110 |
| 44 | AI-ROAD Official Store | 4413023 |
| 45 | AI-ROAD FamousBrand Tool Store | 4488019 |
| 47 | Shop4652043 Store | 4652043 |
| 49 | HotSale Outlet Store | 4988476 |
| 50 | Life Leisure Station Store | 4989346 |
| 51 | Good Luck House Store | 4991280 |
| 52 | SKIYOMI Store | 4997453 |

| | | |
|---|---|---|
| 53 | Poetry&Dew Store | 5025006 |
| 54 | Chinese Unicorns Products In US Store | 5034035 |
| 55 | Mao Yun Store | 5052251 |
| 56 | Tripolar Tool Store | 5064240 |
| 57 | Domesticated Store | 5083203 |
| 58 | hooKool Store | 5097084 |
| 59 | kkkhome Store | 5200047 |
| 60 | HS Tools Global Store | 5238008 |
| 61 | LoveSweetHome Store | 5246097 |
| 63 | Shop5567202 Store | 5567202 |
| 64 | China Made Tool Store | 5604035 |
| 65 | Dropshipping Outlet Store | 5711116 |
| 67 | Doraemons Life Store | 5888414 |
| 68 | Magical-Tools Store | 910315317 |
| 69 | New House Gadget Store | 910370032 |
| 70 | pepbubub | A175I6PU10UH63 |
| 71 | jinnuotong | A1IRFRTNJ1HJUD |
| 72 | DIGIPARTS | A1Z99WVI0R6FNU |
| 74 | Le seuL | A2F35NM33GPXG8 |
| 75 | YANGJIE | A2U7PHUENG6TZ7 |
| 76 | Tbsitw-CA | A32X3EDIZH0LL7 |
| 78 | Dong He | A3L7X3OG97TWQO |
| 80 | TEK Shopping | A2XT47AV8FUDYD |
| 81 | Genesi Team UK | A39DI40MRSPR3S |
| 82 | pepbubble | A5C3FLH2ZS2DA |
| 83 | zhuxiaos | AHL7SV28ID986 |
| 84 | Yogasplitting | AXV17GNE30XH8 |
| 85 | Alfa Marine Store | A342FROSWR6Z18 |
| 86 | Genesi Team IT | A39DI40MRSPR3S |
| 87 | TuToy | A35VW1RSZGWU4N |
| 88 | Genesi Team UK | A39DI40MRSPR3S |
| 89 | Gravonoh | A3DZZV2JIF5ZM2 |
| 90 | shengshiyujia | A3ST2A8KIKMDUK |
| 91 | TOPCHK | A1CXQ1AICWK1FH |
| 92 | Genesi Team UK | A39DI40MRSPR3S |
| 93 | pepbubble | A5C3FLH2ZS2DA |
| 94 | Fairy Tech | AG0O32TLHL72O |
| 95 | Yogasplitting | AXV17GNE30XH8 |
| 98 | Premium91Shop | A27DJ5Q7ZWJVXY |
| 99 | GEUOYEE | A2RNDAF96CJJHI |
| 100 | YANGJIE | A2U7PHUENG6TZ7 |
| 101 | HOOOWOOO | A35KPTM2S7MD6P |
| 102 | coolbeauty | A3Q8OKEW9CHBUC |
| 103 | xinwang-maoyi | A3UF4VQR8I94FR |
| 104 | Poonning | AHPUAS4A858ON |
| 105 | Dealwomen | AIENK0726VP6P |
| 106 | Tuhoomall | AMO7EUKSTLLXJ |
| 107 | Vioesrry Direct | AQ14LSMCOIAD |

| | | |
|---|---|---|
| 109 | calina_8 | 20251961 |
| 110 | anmashome25 | 20629867 |
| 111 | light_kerr | 20729333 |
| 112 | lj9929 | 20774577 |
| 114 | binshop2018 | 21165008 |
| 115 | homeshops | 21256491 |
| 116 | raoying8888 | 21259559 |
| 118 | shanye10 | 21435155 |
| 119 | loncar | 21535280 |
| 120 | prettygirlsstore | 21535483 |
| 121 | walmarts | 21557098 |
| 122 | qianeyes | 21557294 |
| 123 | cnwalmart | 21557295 |
| 124 | *happy-shop* | *happy-shop* |
| 125 | 5a5home | 5a5home |
| 126 | abelshopoutlet | abelshopoutlet |
| 127 | ablehappyshop | ablehappyshop |
| 128 | agoraor | agoraor |
| 131 | anjoy_matching | anjoy_matching |
| 132 | atom.2014 | atom.2014 |
| 133 | beess_us | beess_us |
| 134 | bestseller526 | bestseller526 |
| 136 | boss-store | boss-store |
| 137 | buyitnpw | buyitnpw |
| 138 | careforyou123 | careforyou123 |
| 139 | cui1-43 | cui1-43 |
| 140 | cyber-kiss | cyber-kiss |
| 141 | dahan_5878 | dahan_5878 |
| 142 | dailyselect | dailyselect |
| 143 | directimports1899 | directimports1899 |
| 144 | dreams0809 | dreams0809 |
| 145 | e-shippyshop | e-shippyshop |
| 148 | ecmln01-1 | ecmln01-1 |
| 149 | elaine2ta | elaine2ta |
| 150 | elektroniklieben66 | elektroniklieben66 |
| 152 | etecal | etecal |
| 154 | every_essential | every_essential |
| 155 | fastgrow | fastgrow |
| 156 | flowersgrass | flowersgrass |
| 157 | forallabel | forallabel |
| 158 | fun0292-mtokwkag | fun0292-mtokwkag |
| 159 | gadgetnasbr | gadgetnasbr |
| 161 | gardenshow | gardenshow |
| 162 | genuineflashmemory | genuineflashmemory |
| 163 | gindart_ce / able_ce | gindart_ce |
| 164 | go.market | go.market |
| 165 | gracefulvara | gracefulvara |
| 166 | hiqu-loco | hiqu-loco |

| | | |
|---|---|---|
| 172 | itelectronichk | itelectronichk |
| 173 | itistore | itistore |
| 174 | jackfriday2018 | jackfriday2018 |
| 175 | jdnfjsn | jdnfjsn |
| 178 | joydays99 | joydays99 |
| 181 | kunjiadaren | kunjiadaren |
| 182 | kwotop2014 | kwotop2014 |
| 183 | lifestyle-tech | lifestyle-tech |
| 184 | lilysupermall | lilysupermall |
| 186 | me_warehouse | me_warehouse |
| 187 | mestorty-2 | mestorty-2 |
| 188 | milano_underwear | milano_underwear |
| 189 | motlifan | motlifan |
| 192 | offroad-path66 | offroad-path66 |
| 195 | pinn-emart | pinn-emart |
| 196 | pushihe | pushihe |
| 197 | qpseller88 | qpseller88 |
| 199 | qzone14 | qzone14 |
| 200 | rangerhe0410 | rangerhe0410 |
| 201 | rasgswkgflgq45 | rasgswkgflgq45 |
| 203 | seath19 | seath19 |
| 204 | shop-shamy | shop-shamy |
| 205 | shopthrills_1 | shopthrills_1 |
| 206 | sostool | sostool |
| 207 | spring20110629 | spring20110629 |
| 209 | strength_simone | strength_simone |
| 210 | sunny_smile_market | sunny_smile_market |
| 212 | trendyhomea1 | trendyhomea1 |
| 213 | txaj8874 | txaj8874 |
| 214 | ur5store | ur5store |
| 215 | us-onlineshopping | us-onlineshopping |
| 216 | usa.mega.tools | usa.mega.tools |
| 217 | usacandeal | usacandeal |
| 220 | wantanb-7 | wantanb-7 |
| 221 | wicjitj_0 | wicjitj_0 |
| 222 | worldtechon | worldtechon |
| 223 | xen-9233 | xen-9233 |
| 224 | yesntofirst | yesntofirst |
| 225 | youjiu-80 | youjiu-80 |
| 226 | zerelq | zerelq |
| 228 | fanshion watches | 535fb1d05aefb072660213f0 |
| 229 | Gofarfar | 540ff6787f086e582e8496a3 |
| 233 | Melan Inter Trade | 556432ca5380810e95320ed4 |
| 236 | Wisdom-offer | 568b347face9c7269eed715a |
| 237 | yongqiangdianqi | 56a32c5eb02dd90e121b45ed |
| 238 | YoSuN MaLL | 56dba744df108f26844a8391 |
| 239 | Sweet-Hut | 56f24f852ba91a08ae9d52de |
| 241 | Sunshine Star | 56fa13b70848f758eeeef209 |

| | | |
|---|---|---|
| 242 | Cost-effective | 572076cb86060859234034fb |
| 243 | QuickShip | 572184f5383e8b593e73191d |
| 244 | All-say | 572869964818445914e76236 |
| 245 | Plot-store | 57304b479ec86d594855bec2 |
| 246 | Lina2016 | 578131f69d6eff5a0bc23df2 |
| 252 | Home Zhao | 5810712265cd5d1e89e9243e |
| 255 | LoutorS&B11Qin | 582037648d2bf61998d92d3c |
| 256 | Fast-reach | 5847e66a68eb846982319df7 |
| 259 | lovedong | 58ae64a88a58e168be796fe5 |
| 260 | Mr.zhao glasses shop | 58b50c1bf59b8a50f581712f |
| 261 | LYD-Tech | 58b7a742c0fa3f590f931784 |
| 262 | ruoshuisanqian | 58ba738aa2b69c5276cb196b |
| 263 | Fashion shop of Grace | 58bcdc319b67f051c2857917 |
| 264 | Modhome | 58c6614d3dc6e1505f14aec9 |
| 266 | fangxuu | 58cbaa83af1c2b510b6f727a |
| 267 | luckstoresz | 58d230b20cb62852b1ae39ca |
| 268 | feitianchuanqi | 58d49254901d295732e9264f |
| 269 | yangwenlong88 | 58db777177ee53536e758685 |
| 271 | meiting_1 | 58f087261c17c358bef5c483 |
| 272 | Arrogant Man | 58ff0fc71587c7114db70e14 |
| 273 | topautoparts | 590ffc0160f8b425b9912613 |
| 275 | jingshe32 | 591acd931a071f60a3e98f1a |
| 276 | AJDFPQQ | 59263e54b674b10e2cec6259 |
| 277 | especially123 | 5929162b63950d5d8ca4b636 |
| 279 | niu565niang | 5938b985217d5f590a2a1479 |
| 280 | yuhui323 | 593e54d0abea91053373ed3c |
| 284 | Pear88 | 594b933e8b96021b85aa74c4 |
| 285 | COLE'T'S CLOSET | 59549e0c9579d83bc1c283cb |
| 287 | CCVVQ | 596b73e6366c06763bd58ebf |
| 290 | little_world 2010 | 598f18538f545e4f4703f7ca |
| 293 | xinwang1xuhaiyan | 59b0f63fbf25532ca3e51aa5 |
| 294 | still23 | 59c0ed889d8c651096036906 |
| 295 | themost | 59c206a8bf255312fc57d745 |
| 296 | KINDGR | 59c46ae715da0713baa6b6f2 |
| 297 | SEQUEL | 59c9f4ab9fbc5131eaa63bc9 |
| 298 | PANDARY | 59ca04563eb22a7bb4315129 |
| 299 | touchthesky | 59cb57b033f65c64bd3fba94 |
| 300 | Freelunch | 59e6ed2f518c1c4cc631dbf1 |
| 301 | seemlybuy | 59e6f6e2eea5c5185d152f41 |
| 302 | greatestideal | 59ef1c26fd9db801eabac58f |
| 303 | Qiree | 59ef3ce7eea5c508023e0a23 |
| 304 | DAWN7 | 59eff7ec5d6f342ad75faaa2 |
| 305 | insure14 | 59f1932515da070d5ae58633 |
| 306 | sofefwe | 59f29cff0ec30f2bbd151e44 |
| 307 | erioe | 59f7174a7b584e02d99a8f84 |
| 308 | fillefee | 59fad88c0a332a2cb5f0ba27 |
| 309 | flourishes | 59fc1fda3eb22a58687af7bf |
| 310 | ONIT | 59fd6ec08cf0ed554d02e2e4 |

| | | |
|---|---|---|
| 311 | Vaguefull | 5a001248dd03295f0d1d74b8 |
| 312 | Goaway | 5a01725768788b57e3832835 |
| 313 | hskaja | 5a03ea2b5d6f3459f847f0ae |
| 314 | sanfrancisxo | 5a057272e650334559a2229d |
| 315 | Vila | 5a0a68e9727653320d43a012 |
| 316 | Downloda | 5a0a909ee650336be6925a10 |
| 317 | nOisymOON | 5a0f8f569aee092db65a0435 |
| 318 | FAmoushop | 5a0fc8a668788b576bd376fb |
| 319 | Jadedlyweat | 5a129999149ff86058108024 |
| 320 | gallago | 5a16922612fa1c11663708fc |
| 321 | richmooon | 5a178e677ce75c2077f2a6ac |
| 322 | Debbis | 5a1791c087c25b4912128268 |
| 323 | Cater | 5a179747bedc7a49018940b8 |
| 324 | SANDRA | 5a17d1e41f4d8c566144b0cd |
| 325 | KLLOVER2020 | 5a1ada7ddc7a915f54b4397c |
| 326 | vivistoreo | 5a1cd0360ec30f6f0ab533e0 |
| 328 | Doaction | 5a66a6d2028bbd118d3d4380 |
| 329 | liuzhanju | 5aa796aa97223357b2ece4fe |
| 330 | xiaoxiaoshui | 5aaa29fc28a2b359d584e8a4 |
| 332 | Listillway | 5ae149f51c256d76675ccb84 |
| 334 | lainiutainrentyi | 5ae8166808b8b43fe57ccc5c |
| 335 | meilishizhuang | 5aed3a2ff0b75f23a4bd5b8f |
| 337 | wealthgirl | 5b1bf53f2b04106e23763b53 |
| 338 | zhoudeliyoos | 5b42dee486152a2fa70733fb |
| 341 | sunshinzomcup | 5b6adfa7dd0d9046deeba57e |
| 342 | fangguanju9011 | 5b7cd6eccfc77f4c6c0c23cb |
| 344 | Dinglebelbye | 5b98c8db81df5d6b2ebe31ce |
| 358 | dianxin7788 | 5d3fb6b4c022e9470dd7a3bc |
| 364 | guiminxiaowuding | 5d469329f320406016a78791 |
| 372 | DTBD | 5d5a3ea3ae9d6067111e4acd |
| 373 | benmingwr | 5d5bd69240defd6d40574a92 |
| 375 | zhoujiawang023 | 5d64eb8dc0d1982a23d7ffbd |
| 377 | Zongmuyis | 5d96c4a87848895a1b5a30f1 |
| 378 | HOS HAME | 5db3142f5bd21e1d8b285d20 |
| 379 | ModasCarol | 5db84f70da424414e7792067 |
| 380 | Jorarlex Torrealba | 5dd46033a264fd0d43f32137 |
| 381 | WilmerGarciaDj | 5dd9468929e7864fe88d222d |
| 382 | tienditapaisa | 5de0358171483da534f91ec7 |
| 389 | Mesaill Doleant Yetmost Firalrse | 5e43b3002435c152b0a6cc48 |
| 390 | xingzhipeng | 5e4504247861e059828e90a5 |
| 392 | Robbi Baker | 5e6a4df1cfd5345f00507cbd |
| 394 | ECCHOO | 5e84a174bc418dca180e5117 |
| 395 | sdjfh | 5e96608697728611d5a8fd9d |
| 396 | jingliangdedian | 5ebf7e8127aae201e5856ff5 |
| 397 | yubodedianstore | 5ebf88c9a25bb4730c57bc12 |
| 398 | qinsiwoaini | 5ebf90e8a0fdfe4882252950 |
| 399 | maningmayun | 5ebf931ebf13a57c6c2b3508 |
| 400 | Shaino Tamega | 5ed30f4e2d39456c08ca3f92 |

| 401 | kikiloin | 5ed4b9c91925f6d7c881fd40 |
|-----|----------|--------------------------|
| 402 | ntavico | 5ef6b780fa97982f41bf4f60 |
| 403 | Half-summer Store | 5efc40b1fb47c01e03a00a60 |
| 404 | sjkdf564sf | 5f1bff0ed7e5073cca44f5e7 |
| 405 | 166638425wwsa | 5f2a505229e78638efed7d29 |
| 406 | Quentin.cn | 5f2d21ab55080345dc1c3a91 |
| 407 | PanicintheeyesuB | 5f500ca354139dc36c0845b9 |