UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZYX Corp., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:20-cv-6612 |
| v. ) | |
| ) | Hon. Steven C. Seeger |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | |
| ) | |
| Defendants ) | |
| ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, ZYX Corp d/b/a Snyder Manufacturing, Inc. ("Plaintiff"), against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants not already dismissed, identified in Appendix "A" attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of the GATOR GRIP mark (U.S. Reg. No. 2239126).

THIS COURT FURTHER FINDS that the registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as stated in this Order, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, AliExpress, Amazon, eBay, Wish, etc., shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the GATOR GRIP trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

    b. disable any accounts linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing Webstores.

2. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Ten Thousand Dollars (U.S.) and No Cents ($10,000.00) for using counterfeit GATOR GRIP trademark and trade dress on products sold through at least the Infringing Webstores. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

    a. Alibaba, AliExpress, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union, and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores identified in Schedule "A," except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

3

    b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors, are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

    c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within five (5) business days:

        i. Locate all accounts and funds connected to Defaulting Defendants and Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint and any e-mail addresses provided for Defaulting Defendants by third parties under the TRO;

        ii. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

        iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

3. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff may pursue collection of the judgment as provided in the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Date: April 15, 2021

Steven C. Seeger
United States District Judge

Appendix A

| Doe # | Merchant Name | Merchant ID |
|---|---|---|
| 1 | Guangzhou Tuoyu International Trade Co., Ltd. | chinatuoyu |
| 2 | Hangzhou Shiyi Trade Co., Ltd. | cn1512317450 |
| 3 | Shenzhen Edurable Technology Co., Ltd. | edurable |
| 4 | Yiwu Fanshang Commodity Co., Ltd. | fanshang |
| 5 | Sichuan Golden Spark Trading Co., Ltd. | goldenspark |
| 6 | Hefei Xingcheng Communications Co., Ltd. | hfxcfibertools |
| 7 | Henan Taya Instrument Co., Ltd. | hntaya |
| 8 | Hangzhou Hopes Hardware Co., Ltd. | hopeshardware |
| 9 | Haiyan Yijia Tools Co., Ltd. | hyyijiatools |
| 10 | Hangzhou Decui Import & Export Co., Ltd. | hzdecui |
| 11 | Hangzhou Dahe Tools Co., Ltd. | hzdhtools |
| 12 | JYD (Shenzhen) Technology Co., Ltd. | jianyada |
| 13 | Foshan Jin Da Yu Technology Co., Ltd. | jindayu |
| 14 | Zhejiang Jorlio Tool Co., Ltd. | jorlio |
| 15 | Shenzhen Jintuo Electronic Accessories Co., Ltd. | ktopparts |
| 16 | Yuncheng Lisca Tools Co., Ltd. | liscatools |
| 18 | Shanghai Nachee Imp. & Exp. Co., Ltd. | nacheemoto |
| 19 | Ningbo Haishu Dongning Tools Co., Ltd. | nbdngs |
| 20 | Ningbo Holly Imp. & Exp. Co., Ltd. | nbholly |
| 21 | Ningbo Tianhuaweier Tools Co., Ltd. | nbtoolwell |
| 22 | Shenzhen Shumatt Technology Ltd. | shumatt |
| 23 | Shenzhen Sindax Network Technology Co., Ltd. | sindax1688 |
| 24 | Xuzhou Smile Trading Co., Ltd. | smile-tools |
| 25 | Xuzhou Smile Trading Co., Ltd | smiletools |
| 26 | Jiande Xinrui E-Business Co., Ltd. | starrich317 |
| 28 | Sichuan Machinery Imp. & Exp. Corp. | t-union |
| 29 | Shenzhen Wochen Trading Co., Ltd. | wocg |
| 30 | Shenzhen Xingqiu Technology Co., Ltd | xqiu |
| 31 | Yiwu Yanyou Commercial Firm | yanyou |
| 32 | Yiwu Defan Hardware Factory | ywdefan |
| 33 | NINTHWORLD Store | 1082379 |
| 34 | Shanghai Home Supply Store | 1718167 |
| 35 | B-shine Store | 2314003 |
| 36 | DecoratingMagic Store | 2424003 |
| 38 | Good & Improvement Tools Store | 2950004 |
| 39 | Ninth World 01 Store | 3204051 |
| 40 | cocosoly Store | 3470037 |
| 41 | Milda global Store | 4191006 |
| 42 | Shop4293023 Store | 4293023 |

6

| | | |
|---|---|---|
| 43 | BSJ Store | 4375110 |
| 44 | AI-ROAD Official Store | 4413023 |
| 45 | AI-ROAD FamousBrand Tool Store | 4488019 |
| 47 | Shop4652043 Store | 4652043 |
| 49 | HotSale Outlet Store | 4988476 |
| 50 | Life Leisure Station Store | 4989346 |
| 51 | Good Luck House Store | 4991280 |
| 52 | SKIYOMI Store | 4997453 |
| 53 | Poetry&Dew Store | 5025006 |
| 54 | Chinese Unicorns Products In US Store | 5034035 |
| 55 | Mao Yun Store | 5052251 |
| 56 | Tripolar Tool Store | 5064240 |
| 57 | Domesticated Store | 5083203 |
| 58 | hooKool Store | 5097084 |
| 59 | kkkhome Store | 5200047 |
| 60 | HS Tools Global Store | 5238008 |
| 61 | LoveSweetHome Store | 5246097 |
| 63 | Shop5567202 Store | 5567202 |
| 64 | China Made Tool Store | 5604035 |
| 65 | Dropshipping Outlet Store | 5711116 |
| 67 | Doraemons Life Store | 5888414 |
| 68 | Magical-Tools Store | 910315317 |
| 69 | New House Gadget Store | 910370032 |
| 70 | pepbubub | A175I6PU10UH63 |
| 71 | jinnuotong | A1IRFRTNJ1HJUD |
| 72 | DIGIPARTS | A1Z99WVI0R6FNU |
| 74 | Le seuL | A2F35NM33GPXG8 |
| 75 | YANGJIE | A2U7PHUENG6TZ7 |
| 76 | Tbsitw-CA | A32X3EDIZH0LL7 |
| 78 | Dong He | A3L7X3OG97TWQO |
| 80 | TEK Shopping | A2XT47AV8FUDYD |
| 81 | Genesi Team UK | A39DI40MRSPR3S |
| 82 | pepbubble | A5C3FLH2ZS2DA |
| 83 | zhuxiaos | AHL7SV28ID986 |
| 84 | Yogasplitting | AXV17GNE30XH8 |
| 85 | Alfa Marine Store | A342FROSWR6Z18 |
| 86 | Genesi Team IT | A39DI40MRSPR3S |
| 87 | TuToy | A35VW1RSZGWU4N |
| 88 | Genesi Team UK | A39DI40MRSPR3S |
| 89 | Gravonoh | A3DZZV2JIF5ZM2 |
| 90 | shengshiyujia | A3ST2A8KIKMDUK |
| 91 | TOPCHK | A1CXQ1AICWK1FH |
| 92 | Genesi Team UK | A39DI40MRSPR3S |
| 93 | pepbubble | A5C3FLH2ZS2DA |

| 94 | Fairy Tech | AG0O32TLHL72O |
|---|---|---|
| 95 | Yogasplitting | AXV17GNE30XH8 |
| 98 | Premium91Shop | A27DJ5Q7ZWJVXY |
| 99 | GEUOYEE | A2RNDAF96CJJHI |
| 100 | YANGJIE | A2U7PHUENG6TZ7 |
| 101 | HOOOWOOO | A35KPTM2S7MD6P |
| 102 | coolbeauty | A3Q8OKEW9CHBUC |
| 103 | xinwang-maoyi | A3UF4VQR8I94FR |
| 104 | Poonning | AHPUAS4A858ON |
| 105 | Dealwomen | AIENK0726VP6P |
| 106 | Tuhoomall | AMO7EUKSTLLXJ |
| 107 | Vioesrry Direct | AQ14LSMCOIAD |
| 109 | calina_8 | 20251961 |
| 110 | anmashome25 | 20629867 |
| 111 | light_kerr | 20729333 |
| 112 | lj9929 | 20774577 |
| 114 | binshop2018 | 21165008 |
| 115 | homeshops | 21256491 |
| 116 | raoying8888 | 21259559 |
| 118 | shanye10 | 21435155 |
| 119 | loncar | 21535280 |
| 120 | prettygirlsstore | 21535483 |
| 121 | walmarts | 21557098 |
| 122 | qianeyes | 21557294 |
| 123 | cnwalmart | 21557295 |
| 124 | *happy-shop* | *happy-shop* |
| 125 | 5a5home | 5a5home |
| 126 | abelshopoutlet | abelshopoutlet |
| 127 | ablehappyshop | ablehappyshop |
| 128 | agoraor | agoraor |
| 131 | anjoy_matching | anjoy_matching |
| 132 | atom.2014 | atom.2014 |
| 133 | beess_us | beess_us |
| 134 | bestseller526 | bestseller526 |
| 136 | boss-store | boss-store |
| 137 | buyitnpw | buyitnpw |
| 138 | careforyou123 | careforyou123 |
| 139 | cui1-43 | cui1-43 |
| 140 | cyber-kiss | cyber-kiss |
| 141 | dahan_5878 | dahan_5878 |
| 142 | dailyselect | dailyselect |
| 143 | directimports1899 | directimports1899 |
| 144 | dreams0809 | dreams0809 |
| 145 | e-shippyshop | e-shippyshop |

8

| | | |
|---|---|---|
| 148 | ecmln01-1 | ecmln01-1 |
| 149 | elaine2ta | elaine2ta |
| 150 | elektroniklieben66 | elektroniklieben66 |
| 152 | etecal | etecal |
| 154 | every_essential | every_essential |
| 155 | fastgrow | fastgrow |
| 156 | flowersgrass | flowersgrass |
| 157 | forallabel | forallabel |
| 158 | fun0292-mtokwkag | fun0292-mtokwkag |
| 159 | gadgetnasbr | gadgetnasbr |
| 161 | gardenshow | gardenshow |
| 162 | genuineflashmemory | genuineflashmemory |
| 163 | gindart_ce / able_ce | gindart_ce |
| 164 | go.market | go.market |
| 165 | gracefulvara | gracefulvara |
| 166 | hiqu-loco | hiqu-loco |
| 172 | itelectronichk | itelectronichk |
| 173 | itistore | itistore |
| 174 | jackfriday2018 | jackfriday2018 |
| 175 | jdnfjsn | jdnfjsn |
| 178 | joydays99 | joydays99 |
| 181 | kunjiadaren | kunjiadaren |
| 182 | kwotop2014 | kwotop2014 |
| 183 | lifestyle-tech | lifestyle-tech |
| 184 | lilysupermall | lilysupermall |
| 186 | me_warehouse | me_warehouse |
| 187 | mestorty-2 | mestorty-2 |
| 188 | milano_underwear | milano_underwear |
| 189 | motlifan | motlifan |
| 192 | offroad-path66 | offroad-path66 |
| 195 | pinn-emart | pinn-emart |
| 196 | pushihe | pushihe |
| 197 | qpseller88 | qpseller88 |
| 199 | qzone14 | qzone14 |
| 200 | rangerhe0410 | rangerhe0410 |
| 201 | rasgswkgflgq45 | rasgswkgflgq45 |
| 203 | seath19 | seath19 |
| 204 | shop-shamy | shop-shamy |
| 205 | shopthrills_1 | shopthrills_1 |
| 206 | sostool | sostool |
| 207 | spring20110629 | spring20110629 |
| 209 | strength_simone | strength_simone |
| 210 | sunny_smile_market | sunny_smile_market |
| 212 | trendyhomea1 | trendyhomea1 |

| | | | |
|---|---|---|---|
| 213 | txaj8874 | | txaj8874 |
| 214 | ur5store | | ur5store |
| 215 | us-onlineshopping | | us-onlineshopping |
| 216 | usa.mega.tools | | usa.mega.tools |
| 217 | usacandeal | | usacandeal |
| 220 | wantanb-7 | | wantanb-7 |
| 221 | wicjitj_0 | | wicjitj_0 |
| 222 | worldtechon | | worldtechon |
| 223 | xen-9233 | | xen-9233 |
| 224 | yesntofirst | | yesntofirst |
| 225 | youjiu-80 | | youjiu-80 |
| 226 | zerelq | | zerelq |
| 228 | fanshion watches | | 535fb1d05aefb072660213f0 |
| 229 | Gofarfar | | 540ff6787f086e582e8496a3 |
| 233 | Melan Inter Trade | | 556432ca5380810e95320ed4 |
| 236 | Wisdom-offer | | 568b347face9c7269eed715a |
| 237 | yongqiangdianqi | | 56a32c5eb02dd90e121b45ed |
| 238 | YoSuN MaLL | | 56dba744df108f26844a8391 |
| 239 | Sweet-Hut | | 56f24f852ba91a08ae9d52de |
| 241 | Sunshine Star | | 56fa13b70848f758eeeef209 |
| 242 | Cost-effective | | 572076cb86060859234034fb |
| 243 | QuickShip | | 572184f5383e8b593e73191d |
| 244 | All-say | | 572869964818445914e76236 |
| 245 | Plot-store | | 57304b479ec86d594855bec2 |
| 246 | Lina2016 | | 578131f69d6eff5a0bc23df2 |
| 252 | Home Zhao | | 5810712265cd5d1e89e9243e |
| 255 | LoutorS&B11Qin | | 582037648d2bf61998d92d3c |
| 256 | Fast-reach | | 5847e66a68eb846982319df7 |
| 259 | lovedong | | 58ae64a88a58e168be796fe5 |
| 260 | Mr.zhao glasses shop | | 58b50c1bf59b8a50f581712f |
| 261 | LYD-Tech | | 58b7a742c0fa3f590f931784 |
| 262 | ruoshuisanqian | | 58ba738aa2b69c5276cb196b |
| 263 | Fashion shop of Grace | | 58bcdc319b67f051c2857917 |
| 264 | Modhome | | 58c6614d3dc6e1505f14aec9 |
| 266 | fangxuu | | 58cbaa83af1c2b510b6f727a |
| 267 | luckstoresz | | 58d230b20cb62852b1ae39ca |
| 268 | feitianchuanqi | | 58d49254901d295732e9264f |
| 269 | yangwenlong88 | | 58db777177ee53536e758685 |
| 271 | meiting_1 | | 58f087261c17c358bef5c483 |
| 272 | Arrogant Man | | 58ff0fc71587c7114db70e14 |
| 273 | topautoparts | | 590ffc0160f8b425b9912613 |
| 275 | jingshe32 | | 591acd931a071f60a3e98f1a |
| 276 | AJDFPQQ | | 59263e54b674b10e2cec6259 |
| 277 | especially123 | | 5929162b63950d5d8ca4b636 |

| | | |
|---|---|---|
| 279 | niu565niang | 5938b985217d5f590a2a1479 |
| 280 | yuhui323 | 593e54d0abea91053373ed3c |
| 284 | Pear88 | 594b933e8b96021b85aa74c4 |
| 285 | COLE'T'S CLOSET | 59549e0c9579d83bc1c283cb |
| 287 | CCVVQ | 596b73e6366c06763bd58ebf |
| 290 | little_world 2010 | 598f18538f545e4f4703f7ca |
| 293 | xinwang1xuhaiyan | 59b0f63fbf25532ca3e51aa5 |
| 294 | still23 | 59c0ed889d8c651096036906 |
| 295 | themost | 59c206a8bf255312fc57d745 |
| 296 | KINDGR | 59c46ae715da0713baa6b6f2 |
| 297 | SEQUEL | 59c9f4ab9fbc5131eaa63bc9 |
| 298 | PANDARY | 59ca04563eb22a7bb4315129 |
| 299 | touchthesky | 59cb57b033f65c64bd3fba94 |
| 300 | Freelunch | 59e6ed2f518c1c4cc631dbf1 |
| 301 | seemlybuy | 59e6f6e2eea5c5185d152f41 |
| 302 | greatestideal | 59ef1c26fd9db801eabac58f |
| 303 | Qiree | 59ef3ce7eea5c508023e0a23 |
| 304 | DAWN7 | 59eff7ec5d6f342ad75faaa2 |
| 305 | insure14 | 59f1932515da070d5ae58633 |
| 306 | sofefwe | 59f29cff0ec30f2bbd151e44 |
| 307 | erioe | 59f7174a7b584e02d99a8f84 |
| 308 | fillefee | 59fad88c0a332a2cb5f0ba27 |
| 309 | flourishes | 59fc1fda3eb22a58687af7bf |
| 310 | ONIT | 59fd6ec08cf0ed554d02e2e4 |
| 311 | Vaguefull | 5a001248dd03295f0d1d74b8 |
| 312 | Goaway | 5a01725768788b57e3832835 |
| 313 | hskaja | 5a03ea2b5d6f3459f847f0ae |
| 314 | sanfrancisxo | 5a057272e650334559a2229d |
| 315 | Vila | 5a0a68e9727653320d43a012 |
| 316 | Downloda | 5a0a909ee650336be6925a10 |
| 317 | nOisymOON | 5a0f8f569aee092db65a0435 |
| 318 | FAmoushop | 5a0fc8a668788b576bd376fb |
| 319 | Jadedlyweat | 5a129999149ff86058108024 |
| 320 | gallago | 5a16922612fa1c11663708fc |
| 321 | richmooon | 5a178e677ce75c2077f2a6ac |
| 322 | Debbis | 5a1791c087c25b4912128268 |
| 323 | Cater | 5a179747bedc7a49018940b8 |
| 324 | SANDRA | 5a17d1e41f4d8c566144b0cd |
| 325 | KLLOVER2020 | 5a1ada7ddc7a915f54b4397c |
| 326 | vivistoreo | 5a1cd0360ec30f6f0ab533e0 |
| 328 | Doaction | 5a66a6d2028bbd118d3d4380 |
| 329 | liuzhanju | 5aa796aa97223357b2ece4fe |
| 330 | xiaoxiaoshui | 5aaa29fc28a2b359d584e8a4 |
| 332 | Listillway | 5ae149f51c256d76675ccb84 |

| 334 | lainiutainrentyi | 5ae8166808b8b43fe57ccc5c |
|---|---|---|
| 335 | meilishizhuang | 5aed3a2ff0b75f23a4bd5b8f |
| 337 | wealthgirl | 5b1bf53f2b04106e23763b53 |
| 338 | zhoudeliyoos | 5b42dee486152a2fa70733fb |
| 341 | sunshinzomcup | 5b6adfa7dd0d9046deeba57e |
| 342 | fangguanju9011 | 5b7cd6eccfc77f4c6c0c23cb |
| 344 | Dinglebelbye | 5b98c8db81df5d6b2ebe31ce |
| 358 | dianxin7788 | 5d3fb6b4c022e9470dd7a3bc |
| 364 | guiminxiaowuding | 5d469329f320406016a78791 |
| 372 | DTBD | 5d5a3ea3ae9d6067111e4acd |
| 373 | benmingwr | 5d5bd69240defd6d40574a92 |
| 375 | zhoujiawang023 | 5d64eb8dc0d1982a23d7ffbd |
| 377 | Zongmuyis | 5d96c4a87848895a1b5a30f1 |
| 378 | HOS HAME | 5db3142f5bd21e1d8b285d20 |
| 379 | ModasCarol | 5db84f70da424414e7792067 |
| 380 | Jorarlex Torrealba | 5dd46033a264fd0d43f32137 |
| 381 | WilmerGarciaDj | 5dd9468929e7864fe88d222d |
| 382 | tienditapaisa | 5de0358171483da534f91ec7 |
| 389 | Mesaill Doleant Yetmost Firalrse | 5e43b3002435c152b0a6cc48 |
| 390 | xingzhipeng | 5e4504247861e059828e90a5 |
| 392 | Robbi Baker | 5e6a4df1cfd5345f00507cbd |
| 394 | ECCHOO | 5e84a174bc418dca180e5117 |
| 395 | sdjfh | 5e96608697728611d5a8fd9d |
| 396 | jingliangdedian | 5ebf7e8127aae201e5856ff5 |
| 397 | yubodedianstore | 5ebf88c9a25bb4730c57bc12 |
| 398 | qinsiwoaini | 5ebf90e8a0fdfe4882252950 |
| 399 | maningmayun | 5ebf931ebf13a57c6c2b3508 |
| 400 | Shaino Tamega | 5ed30f4e2d39456c08ca3f92 |
| 401 | kikiloin | 5ed4b9c91925f6d7c881fd40 |
| 402 | ntavico | 5ef6b780fa97982f41bf4f60 |
| 403 | Half-summer Store | 5efc40b1fb47c01e03a00a60 |
| 404 | sjkdf564sf | 5f1bff0ed7e5073cca44f5e7 |
| 405 | 166638425wwsa | 5f2a505229e78638efed7d29 |
| 406 | Quentin.cn | 5f2d21ab55080345dc1c3a91 |
| 407 | PanicintheeyesuB | 5f500ca354139dc36c0845b9 |